No. 97–9640. ARRON C. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–9641. BENNETT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–9642. LUNDGREN *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–9643. MALONE *v.* CHAN. Ct. App. D. C. Certiorari denied.

No. 97–9646. BALDWIN *v.* EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9647. OLIVER *v.* ERVIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9648. CAMACHO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 97–9649. BELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9650. SMITH *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–9651. SHLEIFER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9652. WOOD *v.* PIERCE, SUPERINTENDENT, CASWELL CORRECTIONAL CENTER, ET AL. Sup. Ct. N. C. Certiorari denied.

No. 97–9653. RANDALL *v.* MANGELS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–9654. WALCZAK *v.* MASSACHUSETTS STATE RETIREMENT BOARD. C. A. 1st Cir. Certiorari denied.

No. 97–9656. ROBINSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.